UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
BRICKLAYERS INSURANCE AND WELFARE
FUND, BRICKLAYERS PENSION FUND,
BRICKLAYERS SUPPLEMENTAL ANNUITY
FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
NEW YORK CITY AND LONG ISLAND JOINT
APPRENTICESHIP AND TRAINING FUND,
INTERNATIONAL MASONRY INSTITUTE, and
JEREMIAH SULLIVAN, JR., in his fiduciary
capacity as Administrator and Chairman of
Trustees, BRICKLAYERS LOCAL 1,
INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFT WORKERS, and
BRICKLAYERS LABOR MANAGEMENT
COMMITTEE,

18-CV-2476 (BMC)

JUDGMENT BY DEFAULT

       Plaintiffs,

    - against -

VERTICAL BUILDING CONCEPTS CORP.,
G. FAZIO CONSTRUCTION CO., INC.,
WESTERN SURETY COMPANY and
ANTHONY FRASCONE,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

  This action having been commenced by the filing of a summons and complaint on April 26, 2018; the summons and complaint having been served upon defendant Vertical Building Concepts Corp. ("Vertical") on June 14, 2018; proof of service of the summons and complaint having been filed on June 22, 2018; and Vertical having failed to answer or otherwise move with respect to the complaint and the time therefor having expired;

  **NOW**, on motion of Doar Rieck Kaley & Mack, attorneys for the plaintiffs, by Michael Minnefor, Esq., it is

108110

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs Bricklayers Insurance and Welfare Fund, Bricklayers Pension Fund, Bricklayers Supplemental Annuity Fund, Bricklayers and Trowel Trades International Pension Fund, New York City and Long Island Joint Apprenticeship and Training Fund, the International Masonry Institute, and Jeremiah Sullivan, Jr., in his fiduciary capacity as Administrator and Chairman of Trustees, Bricklayers Local 1, International Union of Bricklayers and Allied Craft Workers, and the Bricklayers Labor Management Committee, have judgment against defendant Vertical in the amount of $173,794.15, which amount includes fringe benefit contributions and dues checkoffs, as well as statutory damages, interest and costs, due and owing for the period covering April 2014 to December 2014.

Dated: Brooklyn, New York
　　　　December 22, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

108110